# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: ACEVES, SALVADOR § Case No. 11-29159 | |
| ACEVES, BEATRICE § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 15, 2011. The undersigned trustee was appointed on December 15, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       1,907.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $       1,857.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/17/2012 and the deadline for filing governmental claims was 06/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $476.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $476.75, for a total compensation of $476.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $82.85, for total expenses of $82.85.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2012     By: /s/YVETTE WEINSTEIN, TRUSTEE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-29159  
**Case Name:** ACEVES, SALVADOR  
ACEVES, BEATRICE  
**Period Ending:** 07/26/12  

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/18/12  
**Claims Bar Date:** 04/17/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America Checking Account Ending 6852<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 215.00 | 0.00 | DA | 0.00 | FA |
| 2 | Silver State Schools Credit Union Checking Accou<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | Silver State Schools Credit Union Savings Accoun<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Chase Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Various Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2011 Tax Refund | Unknown | Unknown | | 1,907.00 | FA |
| 9 | 1997 Chevrolet Cavalier Approx. 168,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 Pontiac Sunfire Approx. 122,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 Dodge Intrepid Approx. 95,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $13,665.00 | $0.00 | | $1,907.00 | $0.00 |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-29159  
**Case Name:** ACEVES, SALVADOR  
ACEVES, BEATRICE  
**Period Ending:** 07/26/12

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/18/12  
**Claims Bar Date:** 04/17/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br><u>Abandoned</u><br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

1/20/12: OPEN FOR 2011 TAX RETURN/REUND

**Initial Projected Date Of Final Report (TFR):**   December 15, 2014          **Current Projected Date Of Final Report (TFR):**   December 15, 2014

Printed: 07/26/2012 11:50 AM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-29159 | | **Trustee:** | YVETTE WEINSTEIN, TRUSTEE (480160) |
|---|---|---|---|---|
| **Case Name:** | ACEVES, SALVADOR | | **Bank Name:** | The Bank of New York Mellon |
| | ACEVES, BEATRICE | | **Account:** | 9200-******15-66 - Checking Account |
| **Taxpayer ID #:** | **-***7924 | | **Blanket Bond:** | $67,317,137.00  (per case limit) |
| **Period Ending:** | 07/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/12 | {8} | IRS / Salvador & Beatrice Aceves | 2011 Tax Refund | 1124-000 | 2,649.00 | | 2,649.00 |
| 05/24/12 | 101 {8} | SALVADOR and BEATRICE ACEVES | Debtor Portion 2011 Tax Refund | 1124-000 | -742.00 | | 1,907.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,882.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,857.00 |
| | | | **ACCOUNT TOTALS** | | 1,907.00 | 50.00 | $1,857.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,907.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,907.00** | **$50.00** | |

Net Receipts :     1,907.00
_____
Net Estate :     $1,907.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******15-66** | 1,907.00 | 50.00 | 1,857.00 |
| | $1,907.00 | $50.00 | $1,857.00 |

{} Asset reference(s)

Printed: 07/26/2012 11:50 AM     V.13.02

| Printed: 07/26/12 11:51 AM | | | Claims Distribution Register | | | | Page: 1 |
|---|---|---|---|---|---|---|---|

## Case: 11-29159  ACEVES, SALVADOR

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/15/11 | 200 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146<br><2200-00   Trustee Expenses> | 82.85 | 82.85 | 0.00 | 82.85 | 82.85 |
| | 12/15/11 | 200 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146<br><2100-00   Trustee Compensation> | 476.75 | 476.75 | 0.00 | 476.75 | 476.75 |
| | | | **Total for Priority 200:   100% Paid** | **$559.60** | **$559.60** | **$0.00** | **$559.60** | **$559.60** |
| | | | **Total for Admin Ch. 7 Claims:** | **$559.60** | **$559.60** | **$0.00** | **$559.60** | **$559.60** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/24/12 | 610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)><br>Reviewed & allowed as filed | 1,484.36 | 1,484.36 | 0.00 | 1,484.36 | 129.47 |
| 2 | 02/29/12 | 610 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)><br>Reviewed & allowed as filed | 81.71 | 81.71 | 0.00 | 81.71 | 7.13 |
| 3 | 03/09/12 | 610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br><7100-00   General Unsecured § 726(a)(2)><br>Reviewed & allowed as filed | 2,774.60 | 2,774.60 | 0.00 | 2,774.60 | 242.00 |
| 4 | 03/15/12 | 610 | Ashley Funding Services LLC its<br>successors and<br>assigns as assignee of Reimbursement,<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)><br>Reviewed & allowed as filed | 648.00 | 648.00 | 0.00 | 648.00 | 56.52 |
| 5 | 04/03/12 | 610 | HSBC BANK NEVADA, NA<br>BASS AND ASSOCIATES, PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)><br>Reviewed & allowed as filed | 235.77 | 235.77 | 0.00 | 235.77 | 20.56 |

Printed: 07/26/12 11:51 AM

# Claims Distribution Register

Page: 2

Case: 11-29159    ACEVES, SALVADOR

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 04/11/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)><br>Reviewed & allowed as filed | 9,650.49 | 9,650.49 | 0.00 | 9,650.49 | 841.72 |
| | | | **Total for Priority 610:    8.72206% Paid** | $14,874.93 | $14,874.93 | $0.00 | $14,874.93 | $1,297.40 |
| | | | **Total for Unsecured Claims:** | $14,874.93 | $14,874.93 | $0.00 | $14,874.93 | $1,297.40 |
| | | | **Total for Case :** | $15,434.53 | $15,434.53 | $0.00 | $15,434.53 | $1,857.00 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-29159
Case Name: ACEVES, SALVADOR
Trustee Name: YVETTE WEINSTEIN, TRUSTEE

**Balance on hand:** $ 1,857.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,857.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - YVETTE WEINSTEIN, TRUSTEE | 476.75 | 0.00 | 476.75 |
| Trustee, Expenses - YVETTE WEINSTEIN, TRUSTEE | 82.85 | 0.00 | 82.85 |

Total to be paid for chapter 7 administration expenses: $ 559.60
Remaining balance: $ 1,297.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,297.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,297.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 14,874.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN EXPRESS BANK FSB | 1,484.36 | 0.00 | 129.47 |
| 2 | GE CAPITAL RETAIL BANK | 81.71 | 0.00 | 7.13 |
| 3 | Citibank, N.A. | 2,774.60 | 0.00 | 242.00 |
| 4 | Ashley Funding Services LLC its successors and | 648.00 | 0.00 | 56.52 |
| 5 | HSBC BANK NEVADA, NA | 235.77 | 0.00 | 20.56 |
| 6 | FIA CARD SERVICES, N.A. | 9,650.49 | 0.00 | 841.72 |

Total to be paid for timely general unsecured claims: $ 1,297.40
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**